UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEITH ALLEN BROWN,<br><br>Defendant. | Case No. 1:24-cr-00126-DCN-DKG<br><br>**REPORT AND<br>RECOMMENDATION** |

On October 29, 2025, Defendant KEITH ALLEN BROWN appeared before the

undersigned United States Magistrate Judge to enter a change of plea pursuant to a notice

of intent to plead guilty. (Dkt. 51). The Defendant executed a waiver of the right to have

the presiding United States District Judge take his change of plea. Thereafter, the Court

explained to the Defendant the nature of the charges contained in the Indictment (Dkt. 2),

the maximum penalties applicable, his Constitutional rights, the impact that the

Sentencing Guidelines will have, and that the District Judge will not be bound by any

agreement of the parties as to the penalty to be imposed.

Having conducted the change of plea hearing and having inquired of the

Defendant, defense counsel, and counsel for the government, the Court finds there is a

factual basis for the Defendant's guilty plea, that it was entered it voluntarily and with

full knowledge of the consequences, and that the plea should be accepted. The

undersigned also ordered a pre-sentence investigation to be conducted and a report

prepared by the United States Probation Office.

**REPORT AND RECOMMENDATION - 1**

## **RECOMMENDATION**

### **NOW THEREFORE IT IS HEREBY RECOMMENDED:**

1)    The District Court accept Defendant KEITH ALLEN BROWN's plea of guilty to Count One of the Indictment (Dkt. 2).

2)    The District Court order forfeiture consistent with Defendant KEITH ALLEN BROWN's admission to the Criminal Forfeiture allegation in the Indictment (Dkt. 2)

3)    The District Court detain Defendant pending sentencing.

Written objections to this Report and Recommendation must be filed within fourteen (14) days pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.1(b), or as a result of failing to do so, that party may waive the right to raise factual and/or legal objections to the United States Court of Appeals for the Ninth Circuit.


DATED: October 29, 2025

DEBORA K. GRASHAM
U.S. MAGISTRATE JUDGE


**REPORT AND RECOMMENDATION - 2**